NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
MATTHEW D. CARLSON, ESQ., State Bar No. 273242
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

LAUREN HALLINAN, ESQ., State Bar No. 60646
Of Counsel
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MARK WESTCOTT, RONALD WAYLAND HOLT, | Case No. 3:09-cv-05150-CRB |
| Plaintiffs, | The Honorable Susan Illston |
| vs. | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF, RONALD WAYLAND HOLT AND [PROPOSED] ORDER |
| SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P.; and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive, | |
| Defendants. | |

HERSH AND HERSH
A Professional Corporation

- 1 -
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
RONALD WAYLAND HOLT AND [PROPOSED] ORDER Case No. 3:09-cv-05150-SI

1

2

3      PLEASE TAKE NOTICE that all signatories to this notice, including Plaintiff,

RONALD WAYLAND HOLT, have consented to Hersh & Hersh's withdrawal from

4

representation of Plaintiff RONALD WAYLAND HOLT. Michael Ng of Kerr & Wagstaffe

5

will substitute as Plaintiff's representative in this matter. Counsel for Defendants have been

6

notified of this withdrawal and substitution and do not object. The parties and all

7

signatories to this notice agree that this withdrawal and substitution will not result in any

8

delay of this action.

9

Withdrawing counsel for Plaintiff are:

10

11          Nancy Hersh, State Bar No. 49091
            Mark Burton, State Bar No. 178400

12          Matthew D. Carlson, State Bar No. 273242
            Hersh & Hersh

13          A Professional Corporation
            601 Van Ness Avenue, Suite 2080

14          San Francisco, CA  94102-6396
            Telephone:  (415) 441-5544

15          Facsimile:  (415) 441-7586

16

17      All pleadings, orders and notices should henceforth be served upon the following

18  substituted counsel for Plaintiff:

19          MICHAEL NG, ESQ., State Bar No. 237915
            MARIA RADWICK, ESQ., State Bar No. 253780

20          KERR & WAGSTAFFE
            Law Chambers Building

21          100 Spear Street, 18th Floor

22          San Francisco, CA 94105
            Telephone:  (415) 371-8500

23          Facsimile:  (415) 371-0500

24

25      Withdrawing counsel will discontinue ECF notification service for this matter after

26  the attached Proposed Order is signed.

27      The undersigned parties consent to the above withdrawal and substitution of

28  counsel.

- 2 -

HERSH AND HERSH
A Professional Corporation

Date: 21 May 2012

By: _____
RONALD WAYLAND HOLT, Plaintiff

Date: 4/5/12

HERSH & HERSH

By: _____
Nancy Hersh

Date: 5/18/12

KERR & WAGSTAFFE

By: _____
Michael Ng

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
RONALD WAYLAND HOLT AND [PROPOSED] ORDER Case No. 3:09-cv-05150-SI

HERSH AND HERSH
A Professional Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HERSHANDHERSH
A Professional Corporation

### [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated:     6/4/12

_Susan Illston_

The Hon. Susan Illston
U.S. District Court Judge

- 4 -

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
RONALD WAYLAND HOLT AND [PROPOSED] ORDER Case No. 3:09-cv-05150-SI